IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANIEL K. THOMAS,   )<br>                           )<br>     Plaintiff,         )<br>                           )<br>     v.                    )<br>                           )<br>COMMISSIONER JEFFERSON    )<br>DUNN,                      )<br>                           )<br>     Defendant.            ) | CIVIL ACTION NO.<br>2:15cv375-MHT<br>(WO) |

## OPINION

In a prior judgment (doc. no. 18), this court granted plaintiff until January 26, 2017, to inform the court (1) whether he wished to pursue his claim that being handcuffed and shackled while exercising violates the Eighth Amendment and (2) whether he wished to name a new defendant or defendants responsible for the challenged practices at the Limestone Correctional Facility.  The court advised plaintiff that, unless he <u>both</u> informed the court that he wishes to pursue the claim by that date and moved to add an appropriate defendant or defendants, the case would be dismissed in

its entirety without prejudice. Plaintiff has not responded by the deadline. Accordingly, this case will be dismissed.

An appropriate judgment will be entered separately.

DONE, this the 31st day of January, 2017.

                                      /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**